IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HENRY HINTON, JR., a/k/a REGINALD B.
ALFORD, # 74771**                                                                                           **PLAINTIFF**

**VERSUS**                                                                    **CIVIL ACTION NO. 5:15cv17-DCB-MTP**

**SHERIFF MARK SHEPARD, NURSE
JANET MOORE, NURSE KIM SNOW,
CAPTAIN GLEN GREEN, and PIKE
COUNTY DETENTION CENTER**                                                                             **DEFENDANTS**

## ORDER GRANTING VOLUNTARY DISMISSAL

BEFORE THE COURT is *pro se* Plaintiff Henry Hinton, Jr., also known as Reginald B. Alford's Motion to Dismiss and Motion to Continue *Forma Pauperis* Status [16]. He is a pretrial detainee at the Pike County Detention Center. Plaintiff filed this action on February 20, 2015, challenging his conditions of confinement. Plaintiff now moves to dismiss this case, pursuant to Federal Rule of Civil Procedure 41(a). He also asks the Court to grant him permission to proceed *in forma pauperis* in a new civil action that he will bring. The Court has considered the Plaintiff's submission and the relevant legal authority.

To the extent that Plaintiff seeks to voluntarily dismiss this case, the motion is granted.

To the extent that Plaintiff seeks this Court's permission to proceed *in forma pauperis* in a future case, the motion is denied without prejudice to Plaintiff's right to move for pauper status within any future filed case.

IT IS THEREFORE ORDERED AND ADJUDGED that *pro se* Plaintiff Henry Hinton, Jr., also known as Reginald B. Alford's Motion to Dismiss and Motion to Continue *Forma Pauperis* Status [16] should be, and is hereby, granted to the extent it is a motion to voluntarily

dismiss this case.  The remainder is denied.  This case is dismissed without prejudice.  A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

So ordered and adjudged, this the 20th day of August, 2015.

 s/David Bramlette                        
UNITED STATES DISTRICT JUDGE
